# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID LACERTE

VERSUS

STATE OF LOUISIANA, DARYL
PURPERA, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY AS
LOUISIANA LEGISLATIVE
AUDITOR, STEPHEN STREET,
JR., INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS STATE
INSPECTOR GENERAL

NO.   2022 CW 0581

**SEPTEMBER 12, 2022**

---

In Re:     David LaCerte, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 654,973.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED.**

                        **JEW**
                        **AHP**
                        **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT